## 7517. WILLIAMS v. STOCKS.

GEORGE, J. Where no error of law is complained of which must finally govern the case, no final judgment can be rendered on a petition for certiorari, except in a case in which the evidence is undisputed and where there can be but one legal verdict or judgment, under the evidence. Civil Code (1910), § 5201. The judge of the superior court did not err in remanding this case for a new trial, and in refusing to render a final judgment, the evidence being in dispute.

       *Judgment affirmed. Wade, C. J., and Luke, J., concur.*
       DECIDED JANUARY 23, 1917.

Certiorari; from Fulton superior court—Judge Bell. March 25, 1916.

A suit on account, in the municipal court of Atlanta, resulted in a judgment for the defendant. The plaintiff's oral motion for a new trial was overruled, and, on certiorari, the superior court granted him a new trial. His petition for certiorari contained the usual general grounds and the ground that the evidence demanded a judgment in his favor for the full amount sued for. In his bill of exceptions it is contended that a final judgment in the case should have been rendered in his favor by the judge of the superior court in sustaining the certiorari. The evidence was conflicting as to the liability of the defendant and the correctness of the account.

*W. P. Coles,* for plaintiff. *Lamar Hill,* for defendant.

---

## 7529. SAVANNAH ELECTRIC COMPANY v. WILHOIT.

LUKE, J. The petition as amended was not subject to the general and special demurrers urged against it, and the court did not err in overruling the demurrers.

       *Judgment affirmed. Wade, C. J., and George, J., concur.*
       DECIDED JANUARY 23, 1917.

Action for damages; from city court of Savannah—Judge Davis Freeman. May 16, 1916.

*Osborne, Lawrence & Abrahams,* for plaintiff in error.
*Bouhan & Herzog, E. S. Elliott,* contra.